UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DELGADO,<br>        Plaintiff,<br>   v.<br>GAVIN NEWSON, et al.,<br>        Defendants. | Case No. 20-06821 BLF (PR)<br>**ORDER OF TRANSER** |

Plaintiff, who is currently being housed at the California State Prison, Los Angeles County ("LAC") in Lancaster, California, filed a *pro se* civil rights complaint against the Warden at LAC, prison employees, and state officials. Dkt. No. 1. Because the acts complained of occurred in Los Angeles County, which lies within the venue of the Western Division for the Central District of California, *see* 28 U.S.C. § 84(c), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western Division for the Central District of California.

**IT IS SO ORDERED.**

Dated:  __October 7, 2020_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\CR.20\06821Delgado_transfer (CD)